UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-cv-00328-KES                              Date: July 22, 2022

Title: MELANIE DELAPAZ v. EUGENE CHAN, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| K. Hopkins for Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Second Order to Show Cause Why the Case Should Not Be Dismissed for Failure to Timely Serve Defendant

On June 10, 2022, the Court issued an Order to Show Cause ("OSC") directing Plaintiff Melanie Delapaz ("Plaintiff") to show cause why the case should not be dismissed due to failure to serve Defendant Eugene Chan as Trustee of the Eugene Chan Trust ("Defendant") within the 90-day deadline. (Dkt. 8.)

Plaintiff's counsel responded to the OSC on June 23, 2022, explaining that he had been attempting to serve Defendant and requesting "to serve Defendant within two (2) weeks from this date," i.e., by July 7, 2022. (Dkt. 9.) As of the date of this Order, Plaintiff still has not filed a proof of service.

The Court again **ORDERS** that, **on or before July 28, 2022**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendant.

Initials of Deputy Clerk KH